# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREIG MARE, an individual, | Case No. 2:17-cv-4411-JFW-AFM |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED TRANSPORT SERVICE OF JAX, LLC, a Florida limited liability company; SUNTECK TRANSPORT COMPANY, INC., a Florida corporation[1]; and DOES 1 to 100, inclusive, | Courtroom: 7A<br>Judge:   Hon. John F. Walter<br><br>Action filed:   May 10, 2017<br>Action removed:   June 14, 2017<br>Trial Date:   March 21, 2018 |
| Defendants. | |
| UNITED TRANSPORT SERVICE OF JAX, LLC, a Florida limited liability company, | |
| Counterclaimant, | |
| v. | |
| GREIG MARE, an individual, | |
| Counterclaim Defendant. | |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: November 8, 2017

_____
John F. Walter, Judge
United States District Court